No. 89–5319. FRANZEN v. DEEDS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–5795. PUTMAN v. ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. Super. Ct. Ga., Butts County;

No. 89–5802. HOLLADAY v. ALABAMA. Sup. Ct. Ala.; and

No. 89–5958. VALERIO v. NEVADA. Sup. Ct. Nev. Certiorari denied. Reported below: No. 89–5802, 549 So. 2d 135; No. 89–5958, 105 Nev. 1051, 810 P. 2d 344.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 89–5392. COFIELD v. ADAMS ET AL., *ante,* p. 921;

No. 89–5532. LAURENCO v. SULLIVAN, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ante,* p. 956; and

No. 89–5640. READ v. PROTHONOTARY, NEW CASTLE COUNTY, DELAWARE, ET AL., *ante,* p. 943. Petitions for rehearing denied.

DECEMBER 13, 1989

No. 89–536. PONCE v. UNITED STATES. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.

DECEMBER 28, 1989

No. 89–269. DOULIN ET AL. v. CITY OF CHICAGO. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.

No. A–476. CHABAD ET AL. v. CITY OF PITTSBURGH. Motion of City of Pittsburgh to vacate the order entered by JUSTICE BRENNAN on December 22, 1989, denied. THE CHIEF JUSTICE, JUSTICE STEVENS, and JUSTICE SCALIA would grant the motion.